*Fame* vs. *De la Rosa,* 1743

COLONY OF RHODE ISLAND ETC. Examinations of Sundry Persons belonging to and brought in In the Schoon$^r$ Fame Cap$^t$ John Griffith Commander (a private Man of Warr) which Examinations were taken the 25th Day of August before the Honb: Leonard Lockman Esqr Judge of the Vice Admiralty for the Colony of Rh$^d$ Island etc Cap$^t$ John Griffith being duly Sworn by the Name of the Ever Living God made answers to the Questions following

$Q^n$ 1. When and where did you take the Sloop De la Rose

*Answr* I took her on the 24 of July last about the Lat 25° 33' off Florida Keys in the King of Spains Dominions

$Q^n$ 2 What Number of Men and of what Nation were there on board her when you took her

*Answr* When we Enter said Vessel there was Thirty one on board, and three Boat Loads made their Escape and the Prisoners on board Inform'd me there was thirty five of Them the whole Number being Spaniards and Subjects of the King of Spain

*Q.* 3. Are the Papers now Produced in Court the Same w^ch you found on board s^d Sloop without any Subduction additions fraud or Embezelmt

*Answr* They are, but I left some Papers in Georgia, that no ways Concernd this Vessel and Cargoe

John Griffith

Jaspar Pursel being duly Sworn by the Name of the Ever Living God gave Answers to the Questions following

*Q^n* 1 What knowledge have you of the Sloop Dela Rosa now brought into port by Cap^t John Griffith

*Answr* I was in her in the Expedition ag^t Georgia and then s^d Vessel had fifty Six hands on board and had a Commiss as a Privateer

*Q.* 2 When and where did you go on board her last

*Ans^r* The 23^d of July N S I went on board her at Augustine bound to the Havana Andres gunsaules Command^r who had a Commiss from the King of Spain as Command^r of s^d Sloop as a Spanish Privateer or Cruiser who made his Escape upon being Attack^d by Cap^t Griffith with Thirty four or Thirty five hands, and got a Shore on Florida Keys leaving me the Deponent Twenty five Soldiers Two Officers besides himself and Two Sailors, we were taken by Cap^t Griffith about the 4th Day of August N S and brought into this Port Three Days ago

[Signature Illegible]

James Ogleby, being duly Sworn Interpreter declared to the best of his Capacity to the truth of the Interpretation

Domingo Rinosa, being duly Sworn by the Name of the Ever Living God gave Answer to the Questions follow^g

*Q^n* 1 What knowledge have you of the Sloop Dela Rosa now brought into this Port by Cap^t John Griffith

*Answr* I was as a Volunteer on board s^d Sloop at the Georgia Expedition, from her I was turnd over On board of a Ship and s^d Sloop had then a Commiss as a Privateer or Cruiser from the King of Spain, but as for the Quantity of hands belonging to her I cannot Tell being Shifted from her to another Vessel befor She Saild from Augustine

*Q.* 2. When and where did you go on board her last

*Answ* on the 23^d of July N S I went on board her at Augustine and bound to the Havana at w^ch Time She was Commanded by Andres gun Sales who then had a Commist as a Cruiser who made his Escape on Shore on the Florida Keyes on being Attack^d by Cap^t Griffith with Thirty four or Thirty five hands in the Boat at Three Different Times, and left me on board with Twenty five Soldiers one Lieu^t one Cadet and Two Sailors and was Taken by Cap^t Griffith about the 4th Day of August N S and brought into this Port Three Days ago

[Illegible]